IN THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| IN RE: | } | CASE NUMBER 25-10605-lrc |
| Felicita Michele Wright | } | |
| | } | |
| | } | CHAPTER 13 |
| DEBTOR | } | |

### NOTICE OF HEARING OF MOTION TO INCUR NEW DEBT BY MODIFYING MORTGAGE LOAN, DEADLINE TO OBJECT AND HEARING

**PLEASE TAKE NOTICE** that Debtor's counsel, Saedi Law Group LLC, has filed a *Motion to Incur Debt by Modifying Mortgage Loan* on July 7, 2025, and related papers with the Court seeking an order allowing debtor to incur debt.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the *Motion to Incur Debt by Modifying Mortgage Loan* at 9:15 A.M. on July 29, 2025, in U. S. Bankruptcy Court,

2nd Floor Courtroom, Lewis R. Morgan Federal Building & U.S. Courthouse, 18 Greenville Street, Newnan, Georgia 30263.

which may be attended in person or via the Court's Virtual Hearing Room. You may join the Virtual Hearing Room through the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the homepage of the Court's website, www.ganb.uscourts.gov, or the link on the judge's webpage, which can also be found on the Court's website. Please also review the "Hearing Information" tab on the judge's webpage for further information about the hearing. You should be prepared to appear at the hearing via video, but you may leave your camera in the off position until the Court instructs otherwise. Unrepresented persons who do not have video capability may use the telephone dial-in information on the judge's webpage.

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.). If you do not want the court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing.  You may also file a written response to the pleadings with the Clerk at the address stated below, but you are not required to do so.  If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response.  Mail or deliver your response so that it is received by the Clerk before the hearing. The address of the Clerk's Office is:

**Bankruptcy Clerk at U. S. Bankruptcy Court**, 18 Greenville Street, 2nd Floor, Newnan, GA 30263

You must also mail a copy of your response to the undersigned at the address stated below.

Respectfully submitted,

Dated:   July 7, 2025

Saedi Law Group, LLC
_____/s/_____
Lorena L. Saedi 622072, Attorney for Debtor
3411 Pierce Drive, NE
Atlanta, Georgia 30341
Phone: 404-919-7296
Fax: 470-329-0016
Lsaedi@SaediLawGroup.com

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
### NEWNAN DIVISION

| | | |
|---|---|---|
| IN RE: | } | CASE NUMBER 25-10605-lrc |
| Felicita Michele Wright | } | |
| | } | |
| | } | CHAPTER 13 |
| DEBTOR | } | |

## MOTION TO INCUR DEBT BY MODIFYING MORTGAGE LOAN

COMES NOW Felicita Michele Wright, Debtor in the above-styled case, by and through undersigned counsel, and moves the Court for an order allowing her to modify the terms of the loan on debtor's real property and respectfully shows the Court the following:

1.

This case was commenced on April 25, 2025 in the Northern District of Georgia by the filing of a Voluntary Petition in Bankruptcy for relief under Title 11 Chapter 13 of the United States Code. The Chapter 13 Plan is pending confirmation providing a 0% dividend to the unsecured creditors.

2.

Debtor seeks permission from this Court to modify the terms of loan on the real property located at 115 White Rd, Fayetteville, GA 30214.

3.

The current loan on the Property is held by New American Funding, LLC. The balance owed at the time of filing was $315,842.80.  The current interest rate of the loan is 7.25%.  The current month escrow amount is $783.52.  At the time of case filing, there was an arrearage amount of $26,876.

The modified loan amount will be $329,056.43, at a fixed rate of 7.250% with a maturity date of June 1, 2065.  Debtor's new monthly mortgage payment, including escrowed insurance and taxes, will be $2,888.40 (**See Exhibit A)**.

### 4.

Debtor's schedules I & J reflect that this loan repayment is feasible. Debtor's new monthly payment of $2,888.40 will absorb the arrears and provide a lower Trustee payment.

### 5.

Debtor believes that this loan modification is in the best interest of the estate and that it will assist in the effectuation of the Debtor's financial reorganization.

WHEREFORE Debtor prays that the Court will consider this motion and grant Debtor permission to modify the terms of the loan on the Property.

Respectfully submitted,

Dated:  July 7, 2025

_____ /s/ _____
Lorena L. Saedi 622072, Attorney for Debtor
Saedi Law Group, LLC
3411 Pierce Dr
Atlanta, GA 30341
Phone: 404-919-7296
Fax: 470-329-0016
Lsaedi@SaediLawGroup.com

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
### NEWNAN DIVISION

IN RE:           }     **CASE NUMBER** 25-10605-lrc

Felicita Michele Wright    }

                     }

                     }     **CHAPTER 13**

         DEBTOR    }

## CERTIFICATE OF SERVICE

I hereby certify that on   July 7, 2025, I electronically filed the ***Motion to Incur Debt by Modifying Mortgage Loan***  using the Bankruptcy Court's Electronic Case Filing ("ECF") program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

Melissa J. Davey, Chapter 13 Trustee was served via the ECF electronic mail noticing system.

I further certify that on this day I caused a copy of this document to be served via United States First Class Mail, with adequate postage prepaid on the following parties at the address shown for each:

Felicita Michele Wright
115 White Road
Fayetteville, GA 30214

*The attached creditor matrix has been served by first-class United States mail.*

Dated:  July 7, 2025

Saedi Law Group, LLC
_____ /s/ _____
Lorena L. Saedi 622072, Attorney for Debtor

Saedi Law Group, LLC
3411 Pierce Dr
Atlanta, GA 30341
Phone: 404-919-7296
Fax: 470-329-0016
Lsaedi@SaediLawGroup.com

**FUNDING**

June 4, 2025

TALIB TILLER
FELICITA WRIGHT
115 WHITE RD
FAYETTEVILLE, GA  30214

**Loan #: 1000481119**
**Property Address: 115    WHITE RD, FAYETTEVILLE, GA 30214**

Dear **TALIB TILLER and FELICITA WRIGHT,**

**Congratulations, you are eligible for a Loan Modification, which will permanently change the terms of your mortgage!** If applicable, we will complete a Title search for liens or judgments on the property and you may be required to resolve them in order to complete the Loan Modification.

The enclosed modification agreement ("Loan Modification Agreement") reflects the proposed terms of your modified mortgage.

**To Accept This Offer:**

☑ **Sign and return** the two copies of the enclosed Loan Modification Agreement, retaining a copy for your records, to us in the enclosed, pre-paid envelope by **June 18, 2025**. The enclosed third copy is for your records. If you do not send two signed copies of the Loan Modification Agreement by the above date, you must contact us if you still wish to be considered for this modification.

- If the Loan Modification Agreement has notary provisions at the end, you must sign two copies before a notary public and return the notarized copies to us.
- We encourage you to retain the third copy for your records and make a copy of all signed/notarized versions for your records.

**Your estimated modified monthly mortgage payment is $2,888.40 which includes the principal and interest payment in the amount of $2,104.88, the estimated monthly escrow payment in the amount of $783.52 and, the estimated monthly escrow shortage payment in the amount of $0.00. The first modified payment is due July 1, 2025.**

To better understand the proposed terms of your modified mortgage, please read the attached summary of your modified mortgage and the Loan Modification Agreement.

Don't delay—take advantage of this great offer by **June 18, 2025**.

Sincerely,

GYRONNE HARRIS
Home Retention Department
(800)-893-5304, Ext. # 9208

*Attachments: Summary of Your Modified Mortgage, three copies of the Loan Modification Agreement*

New American Funding | 8201 North FM 620, Suite #120, Austin, TX 78726
PO Box 170581, Austin, TX 78717-0031
Telephone 1-800-893-5304   Fax 1-800-880-0639



| SUMMARY | Here is a summary of your modified mortgage. |
| --- | --- |

**UNPAID PRINCIPAL BALANCE.** Any past due amounts as of the end of the trial period, including unpaid interest, real estate taxes, insurance premiums, and certain assessments paid on your behalf to a third party, will be added to your mortgage loan balance. In addition, your mortgage insurance premium may increase as a result of the higher mortgage loan balance. **If you fulfill the terms of the trial period including, but not limited to, making any remaining trial period payments, we will waive ALL late charges that have accrued and remain unpaid at the end of the trial period.**

**INTEREST RATE.** If your interest rate is changing: The interest rate on your modified loan will be adjusted as noted in the attached Loan Modification Agreement in Section (2).

**TERM EXTENSION.** To reduce your mortgage payment, we may extend the term of your mortgage. If so, this means we will spread your payments over a longer period.

**ESCROW ACCOUNT.** The terms of your Loan Modification Agreement require that you pay into an escrow account an amount sufficient to cover your property taxes, insurance premiums and other required fees. Any prior waiver of escrows by your lender is no longer in effect. **New American Funding, LLC** will draw on this account to pay your real estate taxes and insurance premiums as they come due. Please note that your escrow payment amount will adjust if your taxes, insurance premiums and/or assessment amounts change, so the amount of your monthly payment that **New American Funding, LLC** must place in escrow will also adjust as permitted by law. This means that your monthly payment may change. Your initial monthly escrow payment will be **$783.52.**

**ESCROW SHORTAGE.** Due to the timing of your tax and insurance payments, we have determined that there is a shortage of funds in your escrow account in the amount of **$6,268.15.** This amount has been spread over a 12 month period. This monthly payment has not been included in the monthly escrow payment stated above.

**PAYMENT TERMS.** The enclosed Loan Modification Agreement includes your monthly principal and interest payment amount in Section (2) showing your payment for the life of your modified loan after the trial period.

**FEES.** There are no fees or other charges for this modification.

**LOAN MODIFICATION AGREEMENT.** Please read the enclosed Loan Modification Agreement carefully and make sure that you understand the terms and conditions of your modified loan. Should you have any questions, we invite you to contact us at (800)-893-5304, Ext. #9208. Monday through Friday, 7:00 a.m. to 9:00 p.m., CST or, on Saturday, from 10:00 a.m. to 2:00 p.m., CST.

**VA LOAN.** If any borrower is in an active Chapter 13 bankruptcy, evidence of the bankruptcy court's approval or acquiescence to a VA Servicer Purchase Loan Modification is required by the VA to complete the loan modification process.

New American Funding | 8201 North FM 620, Suite #120, Austin, TX 78726
PO Box 170581, Austin, TX 78717-0031
Telephone 1-800-893-5304   Fax 1-800-880-0639

After Recording Return To:
ServiceLink
**Attn: Loan Modification Solutions**
320 Commerce, Suite 100
Irvine, CA  92602

**Tax Parcel ID No.: 053702001**

———————————————————*[Space Above This Line For Recording Data]*———————————————————

**Original Principal Amount $270,066.00**
**Unpaid Principal Amount $299,454.13**
**New Principal Amount $329,056.43**
**Total Taxable Amount $29,602.30**

**Loan No: 1000481119**
**MIN: 10037630303482583**

**Intangible Tax: _____**
**Doc Date: June 4, 2025**
**Maturity Date: June 1, 2065**

**VA Case #: 16-16-6-1394909**

# LOAN MODIFICATION AGREEMENT
## (Providing for Fixed Interest Rate)

This Loan Modification Agreement ("Agreement"), made this **4th** day of **June, 2025**, between **TALIB TILLER AND FELICTA WRIGHT, HUSBAND AND WIFE** ("Borrower"), whose address is **115 WHITE RD, FAYETTEVILLE, GA  30214**,  **BROKER SOLUTIONS INC., DBA New American Funding, LLC** ("Lender"), whose address is **8201 North FM 620, Suite #120, Austin, TX  78726** and **Mortgage Electronic Registration Systems, Inc. ("MERS")** ("Grantee"), whose address is **11819 Miami Street, Suite 100, Omaha, NE 68164,** amends and supplements (1) the Mortgage, Deed of Trust, or Security Deed (the "Security Instrument"), dated **May 20, 2022** and in the amount of **$270,066.00** and recorded on **May 26, 2022** in Book, Volume, or Liber No. **5499**, at Page **225** (or as Instrument No. **N/A**) , of the **Official** (Name of Records) Records of **FAYETTE,GEORGIA** (County and State, or other jurisdiction) and (2) the Note bearing the same date as, and secured by, the Security Instrument, which covers the real and personal property described in the Security Instrument and defined therein as the "Property", located at:

115    WHITE RD, FAYETTEVILLE, GA 30214
[Property Address]

**MERS Phone: 1-888-679-6377**

Loan Modification Agreement—Single Family—Fannie Mae Uniform Instrument
                      Page 1 of 9

MERS Modified Form 3179 1/01 (Rev. 4/14)
                23702GA 04/15 Rev. 09/24



*1 0 0 0 4 8 1 1 1 9 *

the real property described being set forth as follows:
**SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF:**

In consideration of the mutual promises and agreements exchanged, the parties hereto agree as follows (notwithstanding anything to the contrary contained in the Note or Security Instrument):

1.  As of **June 1, 2025**, the amount payable under the Note and the Security Instrument (the "Unpaid Principal Balance") is U.S. **$329,056.43**, consisting of the unpaid amount(s) loaned to Borrower by Lender plus any interest and other amounts capitalized.

2.  Borrower promises to pay the Unpaid Principal Balance, plus interest, to the order of Lender. Interest will be charged on the Unpaid Principal Balance at the yearly rate of **7.250%**, from **June 1, 2025**.   Borrower promises to make monthly payments of principal and interest of U.S. **$2,104.88**, beginning on the **1st** day of **July, 2025**, and continuing thereafter on the same day of each succeeding month until principal and interest are paid in full.  The yearly rate of **7.250%** will remain in effect until principal and interest are paid in full.  If on **June 1, 2065** (the "Maturity Date"), Borrower still owes amounts under the Note and the Security Instrument, as amended by this Agreement, Borrower will pay these amounts in full on the Maturity Date.

3.  If all or any part of the Property or any interest in the Property is sold or transferred (or if Borrower is not a natural person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by the Security Instrument.

    If Lender exercises this option, Lender shall give Borrower notice of acceleration.  The notice shall provide a period of not less than 30 days from the date the notice is delivered or mailed within which Borrower must pay all sums secured by the Security Instrument.  If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by the Security Instrument without further notice or demand on Borrower.

4.  Borrower also will comply with all other covenants, agreements, and requirements of the Security Instrument, including without limitation, Borrower's covenants and agreements to make all payments of taxes, insurance premiums, assessments, escrow items, impounds, and all other payments that Borrower is obligated to make under the Security Instrument; however, the following terms and provisions are forever canceled, null and void, as of the date specified in paragraph No. 1 above:

    a)  all terms and provisions of the Note and Security Instrument (if any) providing for, implementing, or relating to, any change or adjustment in the rate of interest payable under the Note, including; and

    b)  all terms and provisions of any adjustable rate rider, or other instrument or document that is affixed to, wholly or partially incorporated into, or is part of, the Note or Security

**MERS Phone: 1-888-679-6377**

Loan Modification Agreement—Single Family—Fannie Mae Uniform Instrument                    MERS Modified Form 3179 1/01 (Rev. 4/14)
Page 2 of 9                                                        23702GA 04/15 Rev. 09/24



Instrument and that contains any such terms and provisions as those referred to in (a) above.

5. Borrower understands and agrees that:

a) All the rights and remedies, stipulations, and conditions contained in the Security Instrument relating to default in the making of payments under the Security Instrument shall also apply to default in the making of the modified payments hereunder.

b) All covenants, agreements, stipulations, and conditions in the Note and Security Instrument shall be and remain in full force and effect, except as herein modified, and none of the Borrower's obligations or liabilities under the Note and Security Instrument shall be diminished or released by any provisions hereof, nor shall this Agreement in any way impair, diminish, or affect any of Lender's rights under or remedies on the Note and Security Instrument, whether such rights or remedies arise thereunder or by operation of law.  Also, all rights of recourse to which Lender is presently entitled against any property or any other persons in any way obligated for, or liable on, the Note and Security Instrument are expressly reserved by Lender.

c) Nothing in this Agreement shall be understood or construed to be a satisfaction or release in whole or in part of the Note and Security Instrument.

d) All costs and expenses incurred by Lender in connection with this Agreement, including recording fees, title examination, and attorney's fees, shall be paid by the Borrower and shall be secured by the Security Instrument, unless stipulated otherwise by Lender.

e) Borrower agrees to make and execute such other documents or papers as may be necessary or required to effectuate the terms and conditions of this Agreement which, if approved and accepted by Lender, shall bind and inure to the heirs, executors, administrators, and assigns of the Borrower.

f) Borrower authorizes Lender, and Lender's successors and assigns, to share Borrower information including, but not limited to (i) name, address, and telephone number, (ii) Social Security Number, (iii) credit score, (iv) income, (v) payment history, (vi) account balances and activity, including information about any modification or foreclosure relief programs, with Third Parties that can assist Lender and Borrower in obtaining a foreclosure prevention alternative, or otherwise provide support services related to Borrower's loan. For purposes of this section, Third Parties include a counseling agency, state or local Housing Finance Agency or similar entity, any insurer, guarantor, or servicer that insures, guarantees, or services Borrower's loan or any other mortgage loan secured by the Property on which Borrower is obligated, or to any companies that perform support services to them in connection with Borrower's loan.

Borrower consents to being contacted by Lender or Third Parties concerning mortgage assistance relating to Borrower's loan including the trial period plan to modify Borrower's loan, at any telephone number, including mobile telephone number, or email address Borrower has provided to Lender or Third Parties.

**MERS Phone: 1-888-679-6377**

Loan Modification Agreement—Single Family—Fannie Mae Uniform Instrument                MERS Modified Form 3179 1/01 (Rev. 4/14)
Page 3 of 9                                                                         23702GA 04/15 Rev. 09/24



By checking this box, Borrower also consents to being contacted by text messaging ☐.

g)   "MERS" is Mortgage Electronic Registration Systems, Inc. MERS is a separate corporation that is acting solely as nominee for Lender and Lender's successors and assigns. **MERS is the (Grantee) of record under the Security Instrument and this Agreement.** MERS is organized and existing under the laws of Delaware, and has an address and telephone number of P.O. Box 2026, Flint, MI 48501-2026, tel. (888) 679-MERS.

6.   Borrower will pay to Lender on the day payments are due under the Loan Documents as amended by this Agreement, until the Loan is paid in full, a sum (the "Funds") to provide for payment of amounts due for: (a) taxes and assessments and other items which can attain priority over the Mortgage as a lien or encumbrance on the Property; (b) leasehold payments or ground rents on the Property, if any; (c) premiums for any and all insurance required by Lender under the Loan Documents; (d) mortgage insurance premiums, if any, or any sums payable to Lender in lieu of the payment of mortgage insurance premiums in accordance with the Loan Documents; and (e) any community association dues, fees, and assessments that Lender requires to be escrowed. These items are called "Escrow Items." Borrower shall promptly furnish to Lender all notices of amounts to be paid under this paragraph. Borrower shall pay Lender the Funds for Escrow Items unless Lender waives Borrower's obligation to pay the Funds for any or all Escrow Items. Lender may waive Borrower's obligation to pay to Lender Funds for any or all Escrow Items at any time. Any such waiver may only be in writing. In the event of such waiver, Borrower shall pay directly, when and where payable, the amounts due for any Escrow Items for which payment of Funds has been waived by Lender and, if Lender requires, shall furnish to Lender receipts evidencing such payment within such time period as Lender may require. Borrower's obligation to make such payments and to provide receipts shall for all purposes be deemed to be a covenant and agreement contained in the Loan Documents, as the phrase "covenant and agreement" is used in the Loan Documents. If Borrower is obligated to pay Escrow Items directly, pursuant to a waiver, and Borrower fails to pay the amount due for an Escrow Item, Lender may exercise its rights under the Loan Documents and this Agreement and pay such amount and Borrower shall then be obligated to repay to Lender any such amount. Lender may revoke the waiver as to any or all Escrow Items at any time by a notice given in accordance with the Loan Documents, and, upon such revocation, Borrower shall pay to Lender all Funds, and in such amounts, that are then required under this paragraph.

Lender may, at any time, collect and hold Funds in an amount (a) sufficient to permit Lender to apply the Funds at the time specified under the Real Estate Settlement Procedures Act ("RESPA"), and (b) not to exceed the maximum amount a lender can require under RESPA. Lender shall estimate the amount of Funds due on the basis of current data and reasonable estimates of expenditures of future Escrow Items or otherwise in accordance with applicable law.

The Funds shall be held in an institution whose deposits are insured by a federal agency, instrumentality, or entity (including Lender, if Lender is an institution whose deposits are so insured) or in any Federal Home Loan Bank. Lender shall apply the Funds to pay the Escrow Items no later than the time specified under RESPA. Lender shall not charge Borrower for holding and applying the Funds, annually analyzing the escrow account, or verifying the Escrow Items, unless Lender pays Borrower interest on the Funds and applicable law permits Lender to



make such a charge. Unless an agreement is made in writing or applicable law requires interest to be paid on the Funds, Lender shall not be required to pay Borrower any interest or earnings on the Funds.  Lender and Borrower can agree in writing, however, that interest shall be paid on the Funds.  Lender shall provide Borrower, without charge, an annual accounting of the Funds as required by RESPA.

If there is a surplus of Funds held in escrow, as defined under RESPA, Lender shall account to Borrower for the excess funds in accordance with RESPA.  If there is a shortage of Funds held in escrow, as defined under RESPA, Lender shall notify Borrower as required by RESPA, and Borrower shall pay to Lender the amount necessary to make up the shortage in accordance with RESPA, but in no more than 12 monthly payments.  If there is a deficiency of Funds held in escrow, as defined under RESPA, Lender shall notify Borrower as required by RESPA, and Borrower shall pay to Lender the amount necessary to make up the deficiency in accordance with RESPA, but in no more than 12 monthly payments.

Upon payment in full of all sums secured by the Loan Documents, Lender shall promptly refund to Borrower any Funds held by Lender.

Signed, sealed and delivered in the presence of:

_____        Date:   ___/___/___
Unofficial Witness Signature
*(NOTARY CANNOT SIGN AS UNOFFICIAL WITNESS)*

_____
Unofficial Witness Printed Name

Signed, sealed and delivered in the presence of:

_____        Date:   ___/___/___
Borrower          - TALIB TILLER
Mailing Address: 115 WHITE RD, FAYETTEVILLE, GA  30214

_____        Date:   ___/___/___
Borrower          - FELICITA WRIGHT
Mailing Address: 115 WHITE RD, FAYETTEVILLE, GA  30214

MERS Phone: 1-888-679-6377

Loan Modification Agreement—Single Family—Fannie Mae Uniform Instrument         MERS Modified Form 3179 1/01 (Rev. 4/14)
Page 5 of 9                                    23702GA 04/15 Rev. 09/24



\* 1 0 0 0 4 8 1 1 1 9 \*

**ATTESTATION**

State of Georgia                                §
                                               §
County of _____                          §

    This record was acknowledged and attested before me on _____ by **TALIB TILLER AND FELICITA WRIGHT** who proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____ Personally Known
        or
_____ Produced Identification

Type and # of ID (last 4 digits)_____

ID Expiration Date      _____

                             _____
                             Signature of Notary Public

                             _____
                             (Name of Notary, Typed, Stamped or Printed)
                             Notary Public State of Georgia

(Stamp/Seal)                      My Commission Expires: _____

**MERS Phone: 1-888-679-6377**

**Loan Modification Agreement—Single Family—Fannie Mae Uniform Instrument**        MERS Modified Form 3179 1/01 (Rev. 4/14)
**Page 6 of 9**        23702GA 04/15 Rev. 09/24



ACCEPTED AND AGREED TO BY THE OWNER AND HOLDER OF SAID NOTE
**BROKER SOLUTIONS INC., DBA New American Funding, LLC**

By: _____
                                              -Lender    Date of Lender's Signature

Signed, sealed and delivered in the presence of:

_____
Witness Signature                (Date)

Printed Name   _____

### CORPORATE ACKNOWLEDGMENT

State of _____               §

                                     §

County of _____            §

This instrument was acknowledged before me on _____ by
_____, _____ of **BROKER SOLUTIONS INC., DBA
New American Funding, LLC a Texas** Corporation, on behalf of said Corporation.

                                _____
                                Notary Public Signature

                                _____
                                Printed Name

(Seal)                          My Commission Expires: _____

**MERS Phone: 1-888-679-6377**

Loan Modification Agreement—Single Family—Fannie Mae Uniform Instrument            MERS Modified Form 3179 1/01 (Rev. 4/14)
Page 7 of 9                                     23702GA 04/15 Rev. 09/24



\* 1 0 0 0 4 8 1 1 1 9 \*

**MERS**

_____

Mortgage Electronic Registration Systems, Inc., as nominee for BROKER SOLUTIONS INC., DBA New American Funding, LLC, its successors and assigns

## ACKNOWLEDGMENT

State of _____              §

                                                   §

County of _____            §

Signed, sealed, and delivered in the presence of:

_____

Witness Signature               Date

_____

Printed, Typewritten, or Stamped Name

_____

Notary Public                    Date

_____

Printed, Typewritten, or Stamped Name

My Commission Expires:

County:

(Seal)

MERS Phone: 1-888-679-6377

Loan Modification Agreement—Single Family—Fannie Mae Uniform Instrument        MERS Modified Form 3179 1/01 (Rev. 4/14)
Page 8 of 9                                             23702GA 04/15 Rev. 09/24



## EXHIBIT A

**BORROWER(S): TALIB TILLER AND FELICTA WRIGHT, HUSBAND AND WIFE**

**LOAN NUMBER: 1000481119**

**LEGAL DESCRIPTION:**

STATE OF GEORGIA, COUNTY OF FAYETTE, AND DESCRIBED AS FOLLOWS:

FILE NO.: W-07201-22-HP   ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 164 OF THE 5TH DISTRICT OF FAYETTE COUNTY, GEORGIA, AND BEING LOT 13 OF FERNWOOD ESTATES, UNIT FOUR, AS PER PLAT RECORDED IN PLAT BOOK 9, PAGE 33, IN THE OFFICE OF THE CLERK OF THE SUPERIOR COURT OF FAYETTE COUNTY, GEORGIA RECORDS, SAID PLAT BEING MADE A PART HEREOF BY REFERENCE.   FOR INFORMATIONAL PURPOSES ONLY. SAID PROPERTY IS KNOWN BY ADDRESS 115 WHITE ROAD, ACCORDING TO THE PRESENT SYSTEM OF NUMBERING PROPERTY IN FAYETTE COUNTY, GEORGIA.

Parcel ID Number: 053702001
ALSO KNOWN AS: 115   WHITE RD, FAYETTEVILLE, GA 30214

.



Loan No.: **1000481119**

# NOTICE OF NO ORAL AGREEMENTS

**THIS WRITTEN LOAN AGREEMENT REPRESENTS THE FINAL AGREEMENT BETWEEN THE PARTIES AND MAY NOT BE CONTRADICTED BY EVIDENCE OF PRIOR, CONTEMPORANEOUS, OR SUBSEQUENT ORAL AGREEMENTS OF THE PARTIES.**

**THERE ARE NO UNWRITTEN ORAL AGREEMENTS BETWEEN THE PARTIES.**

**Receipt of Notice:** The undersigned hereby represents and warrants that I/we have each received and read a copy of this Notice on or before the execution of the "Loan Agreement." "Loan Agreement" means one or more promises, promissory notes, agreements, undertakings, security agreements, deeds of trust or other documents, or commitments, or any combination of those actions or documents, pursuant to which a financial institution loans or delays repayment of or agrees to loan or delay repayment of money, goods, or any other thing of value or to otherwise extend credit or make a financial accommodation.

_____      Date:    ___/___/___

Borrower      - TALIB TILLER



Borrower      - FELICITA WRIGHT      Date:   6 / 10 / 25

---

Notice of No Oral Agreement                    Page 1 of 1                    60562MU 08/16

‖‖‖ * 1 0 0 0 4 8 1 1 1 9 * ‖‖‖

Label Matrix for local noticing
113E-3
Case 25-10605-lrc
Northern District of Georgia
Newnan
Mon Jul  7 21:12:36 EDT 2025

Acertsarcey
5501 Headquarters
Plano, TX 75024-5837

Achieve Personal Loans
1875 S Grant St Ste 400
San Mateo, CA 94402-2676

Achieve Personal Loans
P.O.Box 2340
Phoenix AZ 85002-2340

Affirm Inc
633 Folsom St Fl 7
San Francisco, CA 94107-3618

Alaska Dept. of Labor and Workforce Developm
Benefit Payment Control/ Unemployment In
3301 Eagle Street,   Suite 205
Anchorage, AK 99503-4149

Arronrnts
309 E Paces Ferry
Atlanta, GA 30305-2377

(p)SELF INC
901 E 6TH STREET SUITE 400
AUSTIN TX 78702-3241

Bridgecrest
1030 North Colorad
Gilbert, AZ 85233-2288

Bridgecrest Acceptance Corporation
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Bridgecrest Acceptance Corporation by AIS Po
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Bridgeview Dental Group LLC
413 East Rezanot Drive
Kodiak, AK 99615-6367

California Franchise Tax Board
PO Box 942840
Sacramento, CA 94240-0001

Cornerstone Credit Services, LLC
PO Box 92090
El Cajon, CA 92090

Crdtonebnk
Attn: Account Services
Las Vegas, NV 89193

(p)CREDIT CONTROL  LLC
ATTN CORRESPONDENCE
3300 RIDER TRAIL S
SUITE 500
EARTH CITY MO 63045-1338

Melissa J. Davey
Standing Chapter 13 Trustee
Suite 2250
233 Peachtree Street NE
Atlanta, GA 30303-1509

(p)NATIONAL GENERAL INSURANCE
PO BOX 3199
WINSTON SALEM NC 27102-3199

Edfinancial Services L
120 N Seven Oaks Dr
Knoxville, TN 37922-2359

Fedloan
Pob 69184
Harrisburg, PA 17106-9184

Franchise Tax Board
Bankruptcy Section MS A340
PO BOX 2952
Sacramento, CA 95812-2952

Franciscan Health System SBO
PO Box 31001-1975
Pasadena, CA 91110-0001

(p)GEORGIA DEPARTMENT OF REVENUE
BANKRUPTCY
2595 CENTURY PKWY NE SUITE 339
ATLANTA GA 30345-3173

Grand Vacations/Hgv
3865 W Cheyenne Ave
North Las Vegas, NV 89032-3431

Home Care Pulse
345 Grand Loop
Suite 200
Rexburg, ID 83440

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Kodiak Electric Association, Inc.
1614 Mill Pay Road
Kodiak, AK 99615-6234

LVNV Funding, LLC
P.O. Box 10584
Greenville, SC 29603-0584

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Richard B Maner
Richard B. Maner, P.C.
Suite 200
180 Interstate N Parkway
Atlanta, GA 30339-2106

Merrick Bank Corp
Po Box 9201
Old Bethpage, NY 11804-9001

Midland Credit Management
P.O. Box 939069
San Diego, CA 92193-9069

Midland Credit Management, Inc.
PO Box 2037
Warren, MI 48090-2037

Midlandcre
San Diego, CA

(p)MOHELA
CLAIMS DEPARTMENT
633 SPIRIT DRIVE
CHESTERFIELD MO 63005-1243

Ncd Financial Llc
3911 N Schreiber Way
Coeur D Alene, ID 83815-8395

New American Funding, LLC
11001 Lakeline Blvd
Austin, TX 78717-6048

New American Funding, LLC
8201 North FM 620 Suite 120
Austin TX 78726-4075

Olympic Medical Imaging Consultants PLLC
PO Box 2077
Bremerton, WA 98310-0296

Oppity Fin
11 E. Adams
Chicago, IL 60603-6301

Opprtyloan
130 E Randolph St #3400
Chicago, IL 60601-6379

(p)UNIVERSITY HEALTH SERVICES  INC
ATTN COLLECTIONS DIVISION
620 THIRTEENTH ST
AUGUSTA GA 30901-1008

Prestige Financial Services
PO BOX 26707
Salt Lake City, UT 84126-0707

Prestige Fnl
90th West 11000 So
Sandy, UT 84070

Realpage
14241 Ne Woodinville Duvall Rd
Woodinville, WA 98072-8564

Republic Services
PO Box 71068
Charlotte, NC 28272-1068

Lorena Lee Saedi
Saedi Law Group, LLC
3411 Pierce Drive NE
Atlanta, GA 30341-2464

(p)SPRING OAKS CAPITAL  LLC
1400 CROSSWAYS BLVD STE 100B
CHESAPEAKE VA 23320-0207

Stream/Amh
4031 Mill Road
Collegeville, PA 19426-1131

Syncb/Ntwk
Po Box 276 Mail Code Oh 3 4258
Dayton, OH 45401-0276

TRS
1600 Terrell Mill Road
Marietta, GA 30067-8302

(p)TMX FINANCE LLC FORMERLY TITLEMAX
15 BULL STREET
SUITE 200
SAVANNAH GA 31401-2686

Transworld System Inc
500 Virginia DR Suite 514
Fort Washington, PA 19034-2733

United States Attorney
Northern District of Georgia
75 Ted Turner Drive SW, Suite 600
Atlanta GA 30303-3309

(p)UPGRADE  INC
2 N CENTRAL AVE
10TH FLOOR
PHOENIX AZ 85004-4422

West Sound Emergency Physicians
PO box 920135
Dallas, TX 75392-0135

Williams And Fudge I
454 South Anderson Road
Rock Hill, SC 29730-3392

World Fin
108 Frederick Streetn
Greenville, SC 29607-2532

World Finance
104 S Main St
Greenville, SC 29601-2711

Felicita Michele Wright
115 White Road
Fayetteville, GA 30214-1203

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Atlcapbkself
515 Congress Ave
Austin, TX 78701

Credit Control LLC
P.O Box 546
Hazelwood, MO 63042-0000

Direct Auto Insurance
PO Box 3199
Winston Salem, NC 27102

Georgia Department of Revenue
Attn: Bankruptcy Department
1800 Century Blvd NE, Ste 9100
Atlanta, GA 30345

Internal Revenue Service
Attn: Bankruptcy Unit
Stop 225-D, PO Box 995
Atlanta, GA 30370

Mohela
633 Spirit Dr
Chesterfield, MO 63005

Piedmont Healthcare
PO Box 100062
Atlanta, GA 30348-0062

(d)Sbnaselflndr
515 Congress Ave, Suite 2200
Austin, TX 78701

(d)Self / Lead
901 E. 6th Street
Austin, TX 78702

(d)Self Financial/Lead Ba
1801 Main St
Kansas City, MO 64108

(d)Selfbills
4601 Excelsior Blvd #503
Minneapolis, MN 55416

Spring Oaks Capital SPV, LLC
PO BOX 1216
CHESAPEAKE, VA 23327-1216

(d)Springoakcap
P.O. Box 1216
Chesapeake, VA 23327

TitleMax of Georgia, Inc.
15 Bull Street, Suite 200
Savannah, GA 31401-0000

(d)US Department of Education/MOHELA
633 Spirit Dr.
Chesterfield, MO 63005

Upgrade Inc
2 North Central Ave, 10th Flr
Phoenix, AZ 85004

End of Label Matrix
Mailable recipients    59
Bypassed recipients     0
Total                  59