**IT IS ORDERED as set forth below:**

**Date: August 14, 2025**

_____
**Lisa Ritchey Craig
U.S. Bankruptcy Court Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
### NEWNAN DIVISION

| | |
|---|---|
| **IN RE**: | } **CASE NUMBER** 25-10605-lrc |
| Felicita Michele Wright | } |
| | } |
| | } **CHAPTER 13** |
| **DEBTOR(S)** | } |

## ORDER

Debtor in the above-styled Chapter 13 case filed a *Motion to Incur New Debt* on July 8, 2025, (Doc. No. 26)  (the "Motion"), in order to modify the existing mortgage loan on the real property located at 115 White Rd, Fayetteville, GA 30214.  Upon proper notice, this matter came before the Court on July 29, 2025, on Debtor's Motion.

At the call of the calendar, appearances were made by counsel for Debtor and counsel for the Chapter 13 Trustee. No opposition to Debtor's Motion was filed or heard.  As no one opposed this Motion, it is hereby

**ORDERED** that Debtor's Motion is **GRANTED:** Debtor is allowed to modify the terms of the mortgage loan held by New American Funding, LLC. The principal balance of the modified loan will be $329,056.43 subject to a fixed interest rate of 7.250% with a maturity date of Jun 1, 2065.  Debtor's new mortgage payment in the amount of $2,888.40, including escrowed insurance and taxes, shall be effective beginning July 1, 2025.

**IT IS FURTHER ORDERED** that the Trustee will continue funding the mortgage claim unless it is amended, withdrawn, or disallowed. The Clerk is directed to serve a copy of this Order to all parties in interest.

**END OF DOCUMENT**

Presented By:

_____/s/_____
Lorena L. Saedi 622072, Attorney for Debtor
Saedi Law Group, LLC
3411 Pierce Dr
Atlanta, GA 30341
Phone: 404-919-7296
Fax: 470-329-0016
Lsaedi@SaediLawGroup.com


**No opposition:**

_____/s/_____
 Mandy K. Campbell
GA Bar # 142676
**With Express Permission**
Staff Attorney for
Chapter 13 Trustee
Melissa J. Davey

## DISTRIBUTION LIST

Saedi Law Group, LLC
3411 Pierce Drive
Atlanta, Georgia 30341

US Trustee
75 Ted Turner Drive, Room 362

Atlanta, Georgia 30303

Chapter 13 Trustee
Melissa Davey
233 Peachtree St NE, Suite 2250
Atlanta, GA 30303

Felicita Michele Wright
115 White Road
Fayetteville, GA 30214